UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| COUNTY OF AMADOR, CALIFORNIA, | NO. CIV. S-12-01710 TLN CKD |
| Plaintiff, | |
| v. | RELATED CASE ORDER |
| THE UNITED STATES DEPARTMENT OF THE INTERIOR et al., | |
| Defendants. | |
| _____/ | |
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE | NO. CIV. S-12-01748 TLN CMK |
| Plaintiffs, | |
| v. | |
| SALLY JEWEL, et al. | |
| Defendants. | |
| _____/ | |
| NICOLAS VILLA JR., | NO. CIV. S-13-00700 LKK EFB |
| Plaintiff, | |
| v. | |
| SALLY JEWEL, et al. | |
| Defendants. | |
| _____/ | |

1  Examination of the above-captioned actions reveals that they
2 are related within the meaning of Local Rule 123.  The actions
3 involve similar parties and are based on similar events, and
4 would therefore entail a substantial duplication of labor if
5 heard by different judges.  Accordingly, the assignment of the
6 matters to the same judge is likely to effect a substantial
7 savings of judicial effort and is also likely to be convenient to
8 the parties.
9  Relating the cases under Local Rule 123 effectuates the
10 result that these actions are assigned to the same judge;
11 relation of these actions, however, does not produce
12 consolidation.  Under the regular practice of this court, related
13 cases are generally assigned to the judge and magistrate judge to
14 whom the first filed action was assigned.
15  Therefore, the court makes the following order: The action
16 denominated "CIV. S-13-0700 LKK/EFB" is REASSIGNED to the
17 undersigned and from Magistrate Judge Edmund F. Brennan to
18 Magistrate Judge Carolyn K. Delaney.  Henceforth, the caption on
19 documents filed in this reassigned case shall be shown as "CIV.
20 S-13-00700 TLN/CKD."
21  The Clerk of Court shall make appropriate adjustment in the
22 assignment of civil cases to compensate for this reassignment.
23  IT IS SO ORDERED.
24 DATED: April 19, 2013

Troy L. Nunley
United States District Judge