KENNETH R. WILLIAMS, State Bar No. 73170
Attorney at Law
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 543-2918
Fax: (916) 446-7104
*Attorney for Plaintiffs*
*No Casino in Plymouth and Citizens Equal Rights Alliance*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
TYLER BAIR
Attorney
Natural Resources Section
Environment & Natural Resources Division
601 D. ST., NW
Washington, DC 20530
Telephone: (202) 307-3316
JUDITH RABINOWITZ
Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Email: judith.rabinowitz2@usdoj.gov

*Attorney for Federal Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE, <br> Plaintiffs, <br><br> v. <br><br> SALLY JEWELL, in her official capacity as Secretary of THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br> Defendants. | CASE NO. 2:12-cv-01748-TLN-CMK <br><br> **PARTIES' STIPULATION TO EXTEND THE ADMINISTRATIVE RECORD LODGING DATE DUE TO TECHNICAL PRODUCTION ISSUES** <br><br> Judge: Honorable Troy L. Nunley |

Parties' Stipulation and Order to Extend the AR Lodging Date
Due to Technical Issues
Case No. 2:12-cv-01748-TLN-CMK

1    The Parties, Plaintiffs NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS

2    ALLIANCE, ("Plaintiffs"), and Defendants, SALLY JEWELL, Secretary of the U.S.

3    Department of the Interior; DONALD E. LAVERDURE, Acting Assistant Secretary-Indian

4    Affairs, U.S Department of Interior; KEVIN WASHBURN, Assistant Secretary-Indian Affairs,

5    U.S. Department of Interior ; AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian

6    Affairs; JOHN RYDZIK, Chief, Division of Environmental,  and Cultural Resources,  Bureau of

7    Indian Affairs, Pacific Regional Office; PAULA HART, Chairwoman of the Office of Indian

8    Gaming; TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission; THE

9    NATIONAL INDIAN GAMING COMMISSION and THE UNITED STATES DEPARTMENT

10   OF INTERIOR  (collectively, "Federal Defendants"), hereby stipulate to extend the previously

11   designated date for lodging of the Administrative Record of the challenged agency decision from

12   May 6, 2013 to May 8, 2013, and request that the Court enter their accompanying Proposed

13   Order.  The grounds for this stipulation and request are as follows:

14   1. The Department of Justice's Office of Litigation Support is responsible for the

15   production of Administrative Records in electronic format. On Friday, May 3, 2013, during the

16   conversion process, the Office of Litigation Support encountered significant technical issues

17   which prevented the Administrative Record from being produced. Federal Defendants

18   immediately informed Plaintiffs' counsel when they were notified of such issues, and provided

19   them with an index of the documents being produced in the Administrative Record. The Office

20   of Litigation Support is currently taking corrective actions.

21

22                           Respectfully Submitted,

23   Dated: May 6, 2013        IGNACIA S. MORENO
                               Assistant Attorney General
24                             Environment & Natural Resources Division
                               United States Department of Justice
25

26                             */s/ Tyler Bair*
                               TYLER BAIR
27                             Attorney
                               Natural Resources Section
28                             Environment & Natural Resources Division
                               United States Department of Justice

1

2                                              */s/ Judith Rabinowitz*
                                               JUDITH RABINOWITZ
3                                              Indian Resources Section
                                               Environment and Natural Resources Division
4                                              United States Department of Justice
                                               301 Howard Street, Suite 1050
5                                              San Francisco, CA 94105
                                               Attorney for Federal Defendants
6

7   OF COUNSEL:

8
    REBECCA ROSS
9   U.S. Department of the Interior
    Office of the Solicitor
10  Division of Indian Affairs
    Branch of Environment and Lands
11  Washington, DC 20240

12

13  Dated: May 6, 2013              */s/ Kenneth R. Williams*
                                    KENNETH R. WILLIAMS
14                                  980 9th Street, 16th Floor
                                    Sacramento, CA 95814
15                                  Attorney for Plaintiffs
                                    No Casino in Plymouth and Citizens Equal Rights Alliance
16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE,<br>                    Plaintiffs,<br><br>                              v.<br><br>SALLY JEWELL, in her official capacity as Secretary of THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>                    Defendants. | CASE NO. 2:12-cv-01748-TLN-CMK<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND THE ADMINISTRATIVE RECORD LODGING DATE DUE TO TECHICNAL PRODUCTION ISSUES**<br><br>Judge: Honorable Troy L. Nunley |

Upon consideration of the Parties' Stipulation for Extension of the Administrative Record Lodging Date Due to Technical Production Issues, good cause having been shown, it is hereby ORDERED that the

1.     Stipulation is APPROVED, and

2.     The Administrative Record lodging date is EXTENDED from May 6, 2013 to May 8, 2013.

IT IS SO ORDERED.

DATED: May 14, 2013

_____
Troy L. Nunley
United States District Judge