KENNETH R. WILLIAMS, State Bar No. 73170
Attorney at Law
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone: (916) 543-2918
Fax: (916) 446-7104
*Attorney for Plaintiffs*
*No Casino in Plymouth and Citizens Equal Rights Alliance*

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice
TYLER BAIR
Attorney
Natural Resources Section
Environment & Natural Resources Division
601 D. ST., NW
Washington, DC 20530
Telephone: (202) 307-3316
JUDITH RABINOWITZ
Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486
Email: judith.rabinowitz2@usdoj.gov

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE,<br>　　　　　Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, in her official capacity as Secretary of THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>　　　　　Defendants. | CASE NO. 2:12-cv-01748-TLN-CMK<br><br>**PARTIES' STIPULATION TO EXTEND THE ADMINISTRATIVE RECORD LODGING DATE DUE TO TECHINCAL PRODUCTION ISSUES**<br><br>Judge: Honorable Troy L. Nunley |

Parties' Stipulation and Order to Extend the AR Lodging Date
Due to Technical Issues
Case No. 2:12-cv-01748-TLN-CMK

1  The Parties, Plaintiffs NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE, ("Plaintiffs"), and Defendants, SALLY JEWELL, Secretary of the U.S. Department of the Interior; DONALD E. LAVERDURE, Acting Assistant Secretary-Indian Affairs, U.S Department of Interior; KEVIN WASHBURN, Assistant Secretary-Indian Affairs, U.S. Department of Interior ; AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian Affairs; JOHN RYDZIK, Chief, Division of Environmental, and Cultural Resources, Bureau of Indian Affairs, Pacific Regional Office; PAULA HART, Chairwoman of the Office of Indian Gaming; TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission; THE NATIONAL INDIAN GAMING COMMISSION and THE UNITED STATES DEPARTMENT OF INTERIOR  (collectively, "Federal Defendants"), hereby stipulate to extend the previously designated date for lodging of the Administrative Record of the challenged agency decision from May 6, 2013 to May 8, 2013, and request that the Court enter their accompanying Proposed Order.  The grounds for this stipulation and request are as follows:

 1. The Department of Justice's Office of Litigation Support is responsible for the production of Administrative Records in electronic format. On Friday, May 3, 2013, during the conversion process, the Office of Litigation Support encountered significant technical issues which prevented the Administrative Record from being produced. Federal Defendants immediately informed Plaintiffs' counsel when they were notified of such issues, and provided them with an index of the documents being produced in the Administrative Record. The Office of Litigation Support is currently taking corrective actions.

Respectfully Submitted,

Dated: May 6, 2013

IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

*/s/ Tyler Bair*
TYLER BAIR
Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice

Parties' Stipulation and Order to Extend the AR Lodging Date
Due to Technical Issues                                                                                          2
Case No. 2:12-cv-01748-TLN-CMK

                                                           */s/ Judith Rabinowitz*
JUDITH RABINOWITZ
Indian Resources Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Attorney for Federal Defendants

OF COUNSEL:

REBECCA ROSS
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
Branch of Environment and Lands
Washington, DC 20240


Dated: May 6, 2013           */s/ Kenneth R. Williams*
KENNETH R. WILLIAMS
980 9th Street, 16th Floor
Sacramento, CA 95814
Attorney for Plaintiffs
No Casino in Plymouth and Citizens Equal Rights Alliance

Parties' Stipulation and Order to Extend the AR Lodging Date
Due to Technical Issues    3
Case No. 2:12-cv-01748-TLN-CMK

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE,<br>                    Plaintiffs,<br><br>        v.<br><br>SALLY JEWELL, in her official capacity as Secretary of THE UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br>                    Defendants. | CASE NO. 2:12-cv-01748-TLN-CMK<br><br>**ORDER GRANTING PARTIES' STIPULATION TO EXTEND THE ADMINISTRATIVE RECORD LODGING DATE DUE TO TECHINCAL PRODUCTION ISSUES**<br><br>Judge: Honorable Troy L. Nunley |

Upon consideration of the Parties' Stipulation for Extension of the Administrative Record Lodging Date Due to Technical Production Issues, good cause having been shown, it is hereby ORDERED that the

1. Stipulation is APPROVED, and
2. The Administrative Record lodging date is EXTENDED from May 6, 2013 to May 8, 2013.

IT IS SO ORDERED.

DATED: May 14, 2013

_____
Troy L. Nunley
United States District Judge