JEROME L. LEVINE (CA Bar No. 038613)
ZEHAVA ZEVIT (CA Bar No. 230600)
TIMOTHY Q. EVANS (CA Bar No. 231453)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400

*Attorneys for Intervenor Defendant*

ROBERT G. DREHER
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

TYLER BAIR
601 D. ST., NW
Washington, DC 20530
Telephone: (202) 307-3316

JUDITH RABINOWITZ
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486

*Attorneys for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE<br><br>Plaintiffs,<br><br>v.<br><br>S.M.R. JEWELL, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | CASE NO. 2:12-CV-01748-TLN-CMK<br><br>**STIPULATION AND ORDER RE: INTERVENOR DEFENDANT'S AGREEMENT TO BE BOUND BY THE PROTECTIVE ORDER GOVERNING SPECIFIED DOCUMENTS INCLUDED IN THE ADMINISTRATIVE RECORD** |

Stipulation and Order Re: Intervenor Defendant's Agreement
To be Bound by Protective Order Governing Specified Documents Included
In The Administrative Record
Case No. 2:12-cv-01748-TLN-CKD

Intervenor Defendant, the Ione Band of Miwok Indians ("Ione Band" or "Tribe"), and Federal Defendants, S.M.R. JEWELL, Secretary of the U.S. Department of the Interior, KEVIN WASHBURN, Assistant Secretary-Indian Affairs, United States Department of the Interior, AMY DUTSCHKE, Pacific Regional Director, Bureau of Indian Affairs,[1] JOHN RYDZIK, Chief, Division of Environmental, and Cultural Resources, Bureau of Indian Affairs, Pacific Regional Office, PAULA HART, Director of the Office of Indian Gaming, TRACIE STEVENS, Chairwoman of the National Indian Gaming Commission, THE NATIONAL INDIAN GAMING COMMISSION and THE UNITED STATES DEPARTMENT OF INTERIOR, by and through their undersigned counsel, stipulate as follows:

1. The Tribe's Motion for Permissive Intervention pursuant to Fed. R. Civ. P. 24(b) (ECF No. 35) was granted by the Court on September 12, 2013 (ECF No. 46). As set forth in the Updated Joint Status Report filed on July 11, 2013 (ECF No. 38), Intervenor Defendant must agree to the terms of the existing Protective Order (ECF No. 28) in advance of its receipt of the Administrative Record from the Federal Defendants.

2. The Stipulation and Protective Order entered pursuant to Local Rule 141.1 and Federal Rule of Evidence 502 (ECF No. 28) governs the scope of the Federal Defendants' inclusion of five specified documents in the Administrative Record (listed in Paragraph 3), and the use of those documents by any non-federal party in any other federal or state court or administrative proceeding beyond this lawsuit.

3. The documents governed by this Stipulation and Protective Order include: (1) the January 16, 2009 opinion authored by former Solicitor David Bernhardt, which Federal Defendants contend was a draft opinion; (2) the July 10, 2009 letter from then Acting National Indian Gaming Commission (NIGC) General Counsel Penny Coleman to Solicitor Hilary Tompkins; (3) a legal opinion prepared by the NIGC, which Federal Defendants contend was a draft opinion, that was enclosed with such letter; (4) the July 26, 2011 legal memorandum authored by Solicitor Tompkins; and (5) the May 23, 2012 briefing memorandum from Bryan

---

[1] Though Plaintiffs have named Amy Dutschke as a defendant in this action, Federal Defendants do not concede that she is a proper defendant as she has been recused from personal and substantial involvement as a BIA employee in matters related to the Ione Band since March of 2001.

Stipulation and Order Re: Intervenor Defendant's Agreement    2
To be Bound by the Protective Order for Specified Documents Included
In the Administrative Record
Case No. 2:12-cv-01748-TLN-CKD

Newland, Senior Policy Advisor to then Acting Assistant Secretary–Indian Affairs, Donald E. Laverdure.

4. Unless otherwise authorized, the above-referenced documents may not be used by any Party in any court or administrative proceeding, whether federal or state, for any purpose other than for litigating the Plaintiffs' lawsuit or the claims set forth in the related lawsuit. The release of these documents does not establish a precedent for the release of confidential, privileged or draft documents generally by the Federal Defendants.

5. Federal Defendants' inclusion of these documents in the Administrative Record shall not be deemed a waiver of any privileges attaching to any subject matter beyond the documents themselves.

6. Intervenor Defendant's agreement to be bound to the Stipulation and Protective Order is necessary, among other reasons, because of the attorney-client relationship between the Solicitor and the Secretary of the United States Department of the Interior, the privileged nature of the legal counsel provided by the former to the latter, the importance of protecting the Department of the Interior's ability to freely and candidly deliberate under the deliberative process privilege, and because of the dictate of Fed. R. Evid. 502(e) that an "agreement on the effect of disclosure in a federal proceeding is binding only on the parties to the agreement, unless it is incorporated into a court order."

7. Both the Protective Order confirming the original Parties' Stipulation, and this subsequent order, shall remain in full force after resolution of the case.

Respectfully submitted this 13th day of September, 2013.

*/s/ Timothy Q. Evans*
TIMOTHY Q. EVANS
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, CA 90071
Telephone: (213) 896-2400

*Attorney for Intervenor Defendant*

Stipulation and Order Re: Intervenor Defendant's Agreement      3
To be Bound by the Protective Order for Specified Documents Included
In the Administrative Record
Case No. 2:12-cv-01748-TLN-CKD

```
                                        ROBERT G. DREHER
                                        Acting Assistant Attorney General
                                        Environment & Natural Resources Division
                                        United States Department of Justice

                                        TYLER BAIR
                                        Natural Resources Section
                                        Environment & Natural Resources Division
                                        United States Department of Justice

                                        /s/ Judith Rabinowitz
                                        JUDITH RABINOWITZ
                                        Indian Resources Section
                                        Environment and Natural Resources
                                        Division
                                        United States Department of Justice
                                        301 Howard Street, Suite 1050
                                        San Francisco, CA 94105
                                        Telephone: (415) 744-6486
                                        Facsimile: (415) 744-6476
                                        Email: judith.rabinowitz2@usdoj.gov

                                        Attorneys for Federal Defendants
```

OF COUNSEL:

REBECCA ROSS
U.S. Department of the Interior
Office of the Solicitor
Division of Indian Affairs
Branch of Environment and Lands
Washington, DC 20240

IT IS SO ORDERED.

DATED: September 13, 2013

Troy L. Nunley
United States District Judge

Stipulation and Order Re: Intervenor Defendant's Agreement                    4
To be Bound by the Protective Order for Specified Documents Included
In the Administrative Record
Case No. 2:12-cv-01748-TLN-CKD