Mark J. Kallenbach, Esq., *pro hac vice*
Minnesota Attorney Reg. No. 146468
2260 Ridge Drive, Suite 13
Minneapolis, MN  55416
Telephone:  952-593-3858
Facsimile: 952-738-0467
markkallenbach@comcast.net

*Attorney for Interveners-Defendants Nicolas Villa, Jr. and the Historic Ione Band of Miwok Indians, a Federally Recognized Tribe*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE,<br><br>Plaintiff,<br>v.<br><br>SALLY JEWELL, in her official capacity as Secretary of the U.S. Department of the Interior, *et al.*<br><br>Defendants,<br>and<br><br>IONE BAND OF MIWOK INDIANS,<br><br>Intervener-Defendant,<br>and<br><br>NICOLAS VILLA, JR. and the HISTORIC IONE BAND OF MIWOK INDIANS, a Federally Recognized Tribe,<br><br>Interveners-Defendants. | Case No. 2:12-cv-01748-TLN-CMK<br><br>**ORDER GRANTING INTERVENERS-DEFENDANTS NICOLAS VILLA, JR. AND THE HISTORIC IONE BAND OF MIWOK INDIANS' REQUEST TO EXTEND 20-PAGE LIMITATION OF THEIR JOINT MEMORANDUM OPPOSING SALLY JEWELL AND THE IONE BAND OF MIWOK INDIANS' MOTIONS TO STRIKE *PRO HAC VICE* APPLICATION OF MARK J. KALLENBACH**<br><br>Date:    December 11, 2014<br>Time:   2 p.m.<br>Judge:  Hon. Troy L. Nunley<br>           (Courtroom No. 2) |

The Interveners-Defendants Nicolas Villa, Jr. and the Historic Ione Band of Miwok Indians' request to extend the 20-page limitation, with respect to their Joint Memorandum

ORDER GRANTING INTERVENERS-DEFENDANTS NICOLAS VILLA, JR. AND THE HISTORIC IONE BAND OF MIWOK INDIANS' REQUEST TO EXTEND 20-PAGE LIMITATION WITH RESPECT TO THEIR JOINT RESPONSIVE MEM.

1

Opposing Sally Jewell's and the Ione Band of Miwok Indians' Motions to Strike the *Pro Hac Vice* Application of Attorney Mark J. Kallenbach ("Joint Responsive Mem."), was considered by the Court; and, it is hereby

**ORDERED** that Interveners-Defendants Nicolas Villa, Jr. and the Historic Ione Band of Miwok Indians are granted permission to extend the 20-page limitation with respect to their Joint Responsive Mem. to no more than 40 pages.

Dated:  December 2, 2014

_____
Troy L. Nunley
United States District Judge