SAM HIRSCH
Acting Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

TY BAIR
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
United States Department of Justice
601 D. St. NW
Washington, DC 20004
Telephone: (202) 307-3316

JUDITH RABINOWITZ
Trial Attorney
Indian Resources Section
Environment & Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Telephone: (415) 744-6486

*Attorney for Federal Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH; CITIZENS EQUAL RIGHTS ALLIANCE<br><br>Plaintiffs,<br>v.<br><br>S.M.R. JEWELL, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Federal Defendants<br>and<br><br>IONE BAND OF MIWOK INDIANS.<br><br>Intervenor-Defendant. | CASE NO. 2:12-CV-01748-TLN-CMK<br><br>**ORDER GRANTING FEDERAL DEFENDANTS' REQUEST FOR EXTENSION OF PAGE LIMITS**<br><br>**DATE: March 26, 2015**<br>**Time: 2:00 p.m.**<br>**Courtroom: 2**<br>**Judge: Hon. Troy L. Nunley** |

Upon consideration of the Federal Defendants' Request and the pleadings on file, it is hereby:

*Order Granting Federal Defendants' Request for Extension of Page Limits*
Case No. 2:12-cv-01748-TLN-CMK

1     ORDERED that Federal Defendants' Request for an extension of page limits to forty-five
2 (45) pages is granted.

4 Dated:  December 17, 2014

                              Troy L. Nunley
                              United States District Judge

*Order Granting Federal Defendants' Request for Extension of Page Limits*
Case No. 2:12-cv-01748-TLN-CMK