JEROME L. LEVINE (CA Bar No. 038613)
TIMOTHY Q. EVANS (CA Bar No. 231453)
ZEHAVA ZEVIT (CA Bar No. 230600)
HOLLAND & KNIGHT LLP
400 South Hope Street, 8th Floor
Los Angeles, California 90071
Telephone 213.896.2400
Facsimile 213.896.2450

Attorneys for Intervenor-Defendant
IONE BAND OF MIWOK INDIANS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NO CASINO IN PLYMOUTH and CITIZENS EQUAL RIGHTS ALLIANCE, <br><br> Plaintiff(s), <br><br> vs. <br><br> S.M.R. JEWELL, in her official capacity as Secretary of the UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendant(s), <br><br> vs. <br><br> IONE BAND OF MIWOK INDIANS, <br><br> Intervenor-Defendant. | Case No. 2:12-cv-01748-TLN-CMK <br><br> **ORDER GRANTING INTERVENOR-DEFENDANT IONE BAND OF MIWOK INDIANS' REQUEST FOR EXTENSION OF PAGE LIMITS** <br><br> Date: March 26, 2015 <br> Time: 2:00 p.m. <br> Place: Courtroom No. 2 <br><br> Judge: Honorable Troy L. Nunley |

Upon consideration of Intervenor-Defendant's Request and the pleadings on file it is hereby:

ORDERED that Intervenor-Defendant's Request for an extension of page limits to twenty (20) pages is granted.

Dated:  March 24, 2015

_____
Troy L. Nunley
United States District Judge