UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NO CASINO IN PLYMOUTH, CITIZENS EQUAL RIGHTS ALLIANCE,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN K. ZINKE, Secretary, US Department of the Interior, et al.,<br><br>Defendants. | No. 2:12-cv-01748-TLN-CMK<br><br>**ORDER** |

The Ninth Circuit entered judgment in this case on October 6, 2017, vacating this Court's September 30, 2015 Order and remanding the action back to this Court. Pursuant to the Mandate issued on January 19, 2018, the Court hereby DISMISSES this case for lack of subject matter jurisdiction. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: 1/25/2018

Troy L. Nunley
United States District Judge

1